IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-11352

D. C. Docket Nos. 1:10-cv-01612-TCB; 09-BKC-78173-PWB

In Re:

LORRAINE MCNEAL,

                                                                         Debtor.

LORRAINE MCNEAL,

                                                     Plaintiff-Appellant,

versus

GMAC MORTGAGE, LLC,
HOMECOMINGS FINANCIAL, LLC,
A GMAC company,

                                                Defendants-Appellees.

Appeal from the United States District Court
For the Northern District of Georgia

Before CARNES, Chief Judge, TJOFLAT, and EDMONDSON, Circuit Judges.

ORDER:

Briefly stated, Lorraine McNeal challenges the district court's affirmance of the bankruptcy court's denial of her motion to "strip off" a wholly unsecured second-priority lien on her home. This appeal was stayed automatically under 11 U.S.C. § 362 when Defendants-Appellees filed their own petitions for Chapter 11 bankruptcy. The bankruptcy court presiding over Defendants-Appellees' bankruptcy proceedings has now entered a "Stipulation and Order" lifting expressly the automatic stay for purposes of continuing this appeal to a final resolution. Thus, we may now decide some outstanding matters.

McNeal has filed a "Motion for Reconsideration" informing this Court of the bankruptcy court's "Stipulation and Order" and seeking a determination that this appeal is no longer stayed. Because McNeal does not seek reconsideration of an earlier order from this Court and because the bankruptcy court has already lifted the automatic stay, we DISMISS McNeal's motion as unnecessary. We do acknowledge, however, that the automatic stay has been lifted and that we may proceed with this appeal.

After Defendants-Appellees filed for bankruptcy, we ordered the parties to show cause why the Court should not reconsider sua sponte its denial of McNeal's

2

earlier motion to substitute Defendants-Appellees' transferees as parties to this appeal. Because this appeal is no longer subject to an automatic stay and because neither party supports substituting parties, we will proceed with the current parties to this appeal.

We GRANT McNeal's motion to publish the decisive opinion (dated 11 May 2012) in this case.*

---

* We are aware that Defendants-Appellees' petition for rehearing en banc is still pending. No ruling will be made on that petition for at least 30 days after the date of publication of the opinion in this appeal.

3